In the Matter of the Claim of SIGRID EASER, Respondent, against CHARLES A. H. PRATT et al., Trustees under the Will of GEORGE L. MCALPIN, Deceased, et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

(Argued February 27, 1933; decided March 14, 1933.)

*H. Dudley Bierau* for appellants.

*John J. Bennett, Jr., Attorney-General (Joseph A. McLaughlin* of counsel), for State Industrial Board, respondent.

Order affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.